IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| LETICIA GUEST and JOHN MONTARELLA, | * |
| Plaintiffs, | * |
| v. | Case No. 3:20-cv-108 (CAR) |
| | * |
| CHUCK'S FISH ATHENS, LLC. and MITCHELL DANE HENDERSON, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 31, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 31st day of August, 2021.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk